# EXHIBIT "B":

*Payments to Diner's Club*
*During the Four-Year Period January 18, 2010 through January 17, 2014*

| CHECK DATE | CLEARING DATE | CHECK # | AMOUNT |
|---|---|---|---|
| | | | |
| 06/28/11 | 07/11/11 | 18508 | 1,775.29 |
| 08/11/11 | 08/17/11 | 18670 | 934.63 |
| 10/07/11 | 10/17/11 | 18884 | 1,323.55 |
| 11/07/11 | 11/15/11 | 19016 | 2,316.00 |
| 12/01/11 | 12/14/11 | 19107 | 2,037.67 |
| 01/12/12 | 01/19/12 | 19228 | 7,595.99 |
| 02/09/12 | 02/16/12 | 19334 | 9,560.20 |
| 04/02/12 | 04/11/12 | 19550 | 1,172.60 |
| 05/03/12 | 05/17/12 | 19740 | 9,389.45 |
| 06/01/12 | 06/14/12 | 19794 | 2,643.86 |
| 08/17/12 | 08/17/12 | debit | 19,229.22 |
| 10/18/12 | 10/18/12 | wire | 16,105.08 |
| 12/21/12 | 12/21/12 | debit | 12,368.00 |
| 01/30/13 | 01/30/13 | debit | 4,152.00 |
| 01/31/13 | 01/31/13 | debit | 4,250.00 |
| 02/04/13 | 02/04/13 | debit | 5,800.00 |
| 05/03/13 | 05/03/13 | debit | 29,228.25 |
| 06/04/13 | 06/04/13 | debit | 5,000.00 |
| 06/11/13 | 06/11/13 | debit | 2,000.00 |
| 06/21/13 | 06/21/13 | debit | 2,500.00 |
| 06/24/13 | 06/24/13 | debit | 3,553.75 |
| 07/03/13 | 07/03/13 | debit | 5,000.00 |
| 07/10/13 | 07/10/13 | wire | 3,200.00 |
| 07/16/13 | 07/16/13 | debit | 5,500.00 |
| 07/24/13 | 07/24/13 | wire | 6,500.00 |
| 08/01/13 | 08/01/13 | wire | 6,520.00 |
| 08/06/13 | 08/06/13 | wire | 6,100.00 |
| 08/08/13 | 08/08/13 | wire | 8,620.00 |
| 08/12/13 | 08/12/13 | wire | 3,000.00 |
| 08/22/13 | 08/22/13 | wire | 6,900.00 |
| **TOTAL** | | | **194,275.54** |

*\* The Defendant, upon information and belief, maintains an address at*
*Diners Club c/o Discover Financial Services Inc., 2500 Lake Cook Road,*
*Riverwoods, IL 60015, Attn: Legal Department, and may be served*
*at this address.*