| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**MCDONNELL CROWLEY HOFMEISTER, LLC**<br>115 Maple Avenue – Suite 201<br>Red Bank, NJ 07701<br>(732) 383-7233<br>bcrowley@mchfirm.com<br>Brian T. Crowley (BC 2778)<br>*Co-Special Counsel to Chapter 7 Trustee* | |
| In re:<br><br>NIKI INTERNATIONAL, INC.,<br><br>        Debtor. | Case No. 14-10858 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |
| JOHN M. McDONNELL, CHAPTER 7 TRUSTEE,<br><br>        Plaintiff,<br><br>v.<br><br>DINER'S CLUB INTERNATIONAL,<br>        Defendant. | Adv. P. No. 14-01683 (KCF) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that McDonnell Crowley Hofmeister, LLC hereby appears in this case as co-special counsel for John M. McDonnell, the plaintiff and Chapter 7 Trustee ("Trustee") for the above-captioned debtor.

**REQUEST IS HEREBY MADE** pursuant to F.R.C.P. 5(a) that all notices given or required to be given in this case, and all papers, pleadings, motions, or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon:

McDonnell Crowley Hofmiester, LLC
Attention:  Brian T. Crowley, Esq.
115 Maple Ave. – Suite 201
Red Bank, NJ 07701
Telephone No.:  (732) 383-7233
Telecopy No.:  (732) 383-7531
email: bcrowley@mchfirm.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of the Trustee.

**MCDONNELL CROWLEY HOFMIESTER, LLC**
*Co Special Counsel to John M. McDonnell,*
*Plaintiff and Chapter 7 Trustee*


By:   /s/ Brian T. Crowley
           BRIAN T. CROWLEY

Dated:  July 29, 2014