**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112-0015
(212) 262-6900
jvanacore@perkinscoie.com
Jeffrey D. Vanacore
*Co-Special Litigation Counsel to*
*John M. McDonnell,*
*Chapter 7 Trustee*

**MCDONNELL CROWLEY HOFMEISTER, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley (BC2778)
*Co-Special Litigation Counsel to*
*John M. McDonnell,*
*Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NIKI INTERNATIONAL, INC.,<br><br>Debtor. | Case No. 14-10858 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |
| JOHN M. MCDONNELL, AS CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>DINERS CLUB INTERNATIONAL<br><br>Defendant. | Adv. Pro. No. 14-1683 (KCF)<br><br>**<u>AFFIDAVIT OF SERVICE</u>** |

STATE OF NEW YORK          )
                           : ss:
COUNTY OF NEW YORK         )

I, SIMONE ALLEN, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Bronx County, New York.

2. On July 31, 2014, I served a true and correct copy of the **SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE IN AN ADVERSARY PROCEEDING, PROPOSED JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL, PROPOSED JOINT MEDIATION ORDER and VERIFIED ADVERSARY COMPLAINT FOR RECOVERY OF PROPERTY OF THE ESTATE** on the following by certified mail/restricted delivery, return receipt requested:

Theodore T. Lemberis
Diners Club International Ltd.
2500 Lake Cook Rd.
Riverwoods, Illinois 60015

Michele P. Scruton
Diners Club International Ltd.
2500 Lake Cook Rd.
Riverwoods, Illinois 60015

Thomas G. Teichgraeber
Diners Club International Ltd.
2500 Lake Cook Rd.
Riverwoods, Illinois 60015

and

Sara L. Buehler
Citicorp Diners Club Inc.
8430 West Bryn Mawr Avenue
Chicago, Illinois 60631

by depositing a true copy thereof, enclosed in postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the address designated above for said purpose.

_____
SIMONE ALLEN

Sworn to before me this
5th day of August 2014

_____
Notary Public

NELSON VARGAS
Notary Public State of New York
No. 01VA6136033
Qualified in Queens County
Commission Expires October 31, 2017

**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112-0015
(212) 262-6900
jvanacore@perkinscoie.com
Jeffrey D. Vanacore
*Co-Special Litigation Counsel to*
*John M. McDonnell,*
*Chapter 7 Trustee*

**MCDONNELL CROWLEY HOFMEISTER, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley (BC2778)
*Co-Special Litigation Counsel to*
*John M. McDonnell,*
*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 14-10858 (KCF) |
| NIKI INTERNATIONAL, INC., | Honorable Kathryn C. Ferguson |
| Debtor. | Chapter 7 |
| JOHN M. MCDONNELL, AS CHAPTER 7 TRUSTEE, | Adv. Pro. No. 14-1683 (KCF) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| DINERS CLUB INTERNATIONAL | |
| Defendant. | |

LEGAL123099329.1

STATE OF NEW YORK           )
                            :   ss:
COUNTY OF NEW YORK          )

I, DIANA TORRES, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in New York County, New York.

2. On August 6, 2014, I served a true and correct copy of the **SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE IN AN ADVERSARY PROCEEDING, PROPOSED JOINT ORDER SCHEDULING PRE-TRIAL PROCEEDINGS AND TRIAL, PROPOSED JOINT MEDIATION ORDER and VERIFIED ADVERSARY COMPLAINT FOR RECOVERY OF PROPERTY OF THE ESTATE** on the following by certified mail/restricted delivery, return receipt requested:

CT Corporation
111 8th Ave, #13
New York, NY 10011

by depositing a true copy thereof, enclosed in postpaid, property addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the address designated above for said purpose.

_____
DIANA TORRES

Sworn to before me this
18th day of August 2014

_____
Notary Public

NELSON VARGAS
Notary Public State of New York
No. 01VA6136033
Qualified in Queens County
Commission Expires October 31, 20__

LEGAL123099329.1                                2